**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CRISTIAN JOSUÉ MADRID MADRID,**
*Petitioner*,

v.

**BRIAN MCSHANE,** Field Office Director, Philadelphia Field Office, ICE; **JAMAL LAWRENCE,** Warden, Philadelphia Federal Detention Center,
*Respondents*.

**Civil No. 26-7175**

# ORDER

**AND NOW**, this 23rd day of October, 2026, upon consideration of the Petition of Cristian Josué Madrid Madrid for a Writ of Habeas Corpus (ECF No. 1) and all corresponding briefing, it is hereby **ORDERED** that the Petition is **DENIED** for the reasons stated in the accompanying Memorandum. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge